UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEE LUCAS (#338382)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NUMBER 12-791-JWD-SCR

## **O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 17, 2015, to which no objection was filed:

**IT IS ORDERED** that the Plaintiff's Motion for Preliminary Injunction (Doc. 67) is denied.

Signed in Baton Rouge, Louisiana, on July 9, 2015.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**